**Affirmed and Opinion Filed January 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00703-CR
No. 05-14-00718-CR
No. 05-14-00721-CR
No. 05-14-00722-CR

## XAVIER ALEXANDER ANDRADE, Appellant

### V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 1
### Dallas County, Texas
### Trial Court Cause Nos. F13-47191-H, F13-47190-H, F13-25334-H, F13-25336-H

## MEMORANDUM OPINION

Before Justices Lang, Brown, and Whitehill
Opinion by Justice Whitehill

Xavier Alexander Andrade waived a jury and pleaded guilty to four aggravated robbery

with a deadly weapon offenses. *See* TEX. PENAL CODE ANN. § 29.03(a)(2) (West 2011). The

trial court, after observing appellant testify about the events underlying his convictions and

observing his demeanor, assessed punishment at fifteen years' imprisonment in each case.

On appeal, appellant's attorney filed a brief in which she concludes the appeals are

wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*,

386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in

effect, there are no arguable grounds to advance.  *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978).  Counsel delivered a copy of the brief to appellant.  We advised appellant of his right to file a pro se response, but he did not file a pro se response.  *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeals are frivolous and without merit.  We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.


Do Not Publish
TEX. R. APP. P. 47
140703F.U05




/Bill Whitehill/
BILL WHITEHILL
JUSTICE

-2-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

XAVIER ALEXANDER ANDRADE,
Appellant

No. 05-14-00703-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 1 of Dallas County, Texas (Tr.Ct.No.
F13-47191-H).
Opinion delivered by Justice Whitehill,
Justices Lang and Brown participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered January 16, 2015



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

XAVIER ALEXANDER ANDRADE,
Appellant

No. 05-14-00718-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 1 of Dallas County, Texas (Tr.Ct.No.
F13-47190-H).
Opinion delivered by Justice Whitehill,
Justices Lang and Brown participating.


Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.


Judgment entered January 16, 2015



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

XAVIER ALEXANDER ANDRADE,
Appellant

No. 05-14-00721-CR      V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 1 of Dallas County, Texas (Tr.Ct.No.
F13-25334-H).
Opinion delivered by Justice Whitehill,
Justices Lang and Brown participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered January 16, 2015



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

XAVIER ALEXANDER ANDRADE,
Appellant

No. 05-14-00722-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 1 of Dallas County, Texas (Tr.Ct.No.
F13-25336-H).
Opinion delivered by Justice Whitehill,
Justices Lang and Brown participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered January 16, 2015